ACCEPTED
05-18-00487-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 11:54 AM
LISA MATZ
CLERK

NO. 05-18-00487-CV

**IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 11:54:44 AM
LISA MATZ
Clerk

**KAREN MISKO,
Appellant**

**v.**

**TRACY JOHNS,
Appellee**

On Accelerated Interlocutory Appeal
from the 429TH District Court of Collin County, Texas
Cause No. 429-01844-2013
The Honorable Jill Willis, Presiding

**SECOND AMENDED NOTICE OF
ACCELERATED INTERLOCUTORY APPEAL**

Joe Sibley
State Bar No. 24047203
*sibley@camarasibley.com*
CAMARA
& SIBLEY, L.L.P.
4400 Post Oak Blvd., Suite 2700
Houston, Texas 77027
(713) 966-6789 – Telephone
(713) 583-1131 – Facsimile
**COUNSEL FOR APPELLANT**

To the Honorable Court of Appeals:

1. Under Texas Rule of Appellate Procedure 25.1(b), Appellant hereby files her Second Amended Notice of Accelerated Interlocutory Appeal as follows:

2. Pursuant to Tex. Civ. Prac. & Rem. Code 51.014(a)(12), Plaintiff Karen Misko desires to appeal the trial court's Order Denying Defendant's Motion to Dismiss under the Texas Citizen's Participation Act ("TCPA") dated May 1, 2018 ("Order"), which was later reduced to written Order on May 14, 2018, and the trial court's written order overruling Misko's Objections to TCPA Evidence (only as to paragraph 8 of Redding Declaration) dated May 1, 2018 to the Fifth Court of Appeals.

3. Notice is further given that, because this is an accelerated interlocutory appeal of a denial of a Motion filed under the TCPA, pursuant to Tex. Civ. Prac. & Rem. Code 51.014(b), this Notice of Appeal hereby stays all further proceedings in the trial court pending resolution of the appeal.

3. This second amended notice of appeal includes reference to the Court's written Order on the TCPA Motion, which was reduced to written order on May 14, 2018 and references the ruling on from the bench on May 1, 2018.

1

Respectfully submitted,

CAMARA & SIBLEY, L.L.P.


By: _____/s/ Joe Sibley_____
    Joe Sibley
    State Bar No. 24047203
    *sibley@camarasibley.com*
4400 Post Oak Pkwy, Suite 2700
Houston, Texas 77027
(713) 966-6789 – Telephone
(713) 583-1131 – Facsimile

ATTORNEYS FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2018, a true and correct copy of this Second Amended Notice of Accelerated Interlocutory Appeal was sent by Eservice to the following individuals:

AMY B. GANCI
State Bar No. 07611600
Email: aganci@gancilaw.com
GANCI, LLP
6688 North Central Expressway
Suite 1050
Dallas, Texas 75206
Telephone: (214) 969-7373
Facsimile: (214) 969-7648
ATTORNEYS FOR APPELLEE


                /s/ Joe Sibley_____
                Joe Sibley

2